UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **KELLY HUKINS**<br>**SHANNON HUKINS** | **CIVIL ACTION NO. 07-1103** |
| **VERSUS** | **JUDGE MELANÇON** |
| **METSO PAPER USA, INC.**<br>**METSO PAPER, INC., KMW, and**<br>**MARTCO LIMITED PARTNERSHIP** | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence objections thereto, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the claims of plaintiffs, **KELLY HUKINS AND SHANNON HUKINS**, are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 10th day of December, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE